No. 67259.—M. Adler's Son, Inc., et al. *v.* United States, protests 60/8867, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject *of Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 11, 1962

No. 67260.—New York Merchandise Co., Inc., et al. *v.* United States, protests 59/10449, etc. (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of tile pictures in wood or metal frames similar in all material respects to those the subject of *Kreiss & Co., Ltd., et al.* v. *United States* (46 Cust. Ct. 236, C.D. 2261), the claim of the plaintiffs was sustained.

No. 67261.—Catz American Co., Inc. *v.* United States, protests 273985–K(A) and 273985–K(B) (New York).

Opinion by DONLON, J. Plaintiff having raised no objection and following *The Best Foods, Inc.* v. *United States* (37 Cust. Ct. 1, C.D. 1791), the motion was granted.

BEFORE THE FIRST DIVISION, DECEMBER 12, 1962

No. 67262.—John L. Westland & Son, Inc., a/c Phoenix Hardware Co. et al. *v.* United States, protests 59/2860, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.